IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| WILLIAM R. LOOKER, III, on behalf of himself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 14-00203-CV-W-DW ) |
| SMOKEHOUSE BBQ, INC., | ) ) |
| Defendant. | ) |

**ORDER**

Before the Court is the Joint Motion to Approve Certain Modifications to the Settlement Agreement (Doc. 101). Upon review, pursuant to Paragraphs 11 and 16 of the Settlement Agreement and Release of Claims, the Court concludes that the Motion should be granted. Accordingly, it is ORDERED that:

1. The Joint Motion to Approve Certain Modifications to the Settlement Agreement (Doc. 101) is GRANTED; and

2. The Addendum to Settlement Agreement and Release of Claims (Doc. 101-1) is APPROVED.

SO ORDERED.

Date: October 8, 2015                  _____/s/ Dean Whipple_____
                                       Dean Whipple
                                       United States District Judge